# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  13-cr-00376-REB-01 |
| | USM Number:  12873-111 |
| SANTOS LISCONA-TURCIO | David Johnson, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| | | **Violation** |
|---|---|---|
| **Violation Number** | **Nature of Violation** | **Ended** |
| 1 | Violation of the Law - Illegal Re-entry of a Deported Alien After Conviction of an Aggravated Felony | 04/09/13 |

     The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

February 6, 2014
Date of Imposition of Judgment

**s/ Robert E. Blackburn**
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**February 12, 2014**
Date

DEFENDANT:  SANTOS LISCONA-TURCIO
CASE NUMBER:  13-cr-00376-REB-01                                                              Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months, consecutively to Case No. 13-cr-00339-REB-01 and any other previously imposed sentence in state or federal courts.

The court recommends that the Bureau of Prisons credit the defendant for presentence confinement, to be determined by the Bureau of Prisons under 18 U.S.C. § 3585.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

          Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                    _____
                                                                    UNITED STATES MARSHAL

                                                                    By_____
                                                                        Deputy United States Marshal